**LEINART LAW FIRM**
**11520 N CENTRAL EXPRESSWAY**
**SUITE 212**
**DALLAS, TX 75243**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:
LASKEY CARMEN CHATHAM (SSN: XXX-XX-8394)
Debtor

Case No: 18-30959-SGJ-13

Hearing Date: 6/20/2019

**Debtor's Modification of Plan after Confirmation**
Date: 5/10/2019

**To the Honorable Bankruptcy Judge:**

Pursuant to 11 U.S.C. Section 1329, the Debtor requests the following Modification of Debtor's Confirmed Plan herein:

**Trustee's History of Case**

| | | | |
|---|---|---|---|
| Date Filed: | March 16, 2018 | Total Payments Received to Date: | $65,761.00 |
| Date of 341: | April 23, 2018 | Total Payments to be Current: | $65,595.00 |
| Date Confirmed: | July 20, 2018 | Total Amount Delinquent: | $(166.00) |
| | | To Be Current Calculated Through: | April 15, 2019 |

**Modification of Debtor Payments to Trustee**

- Change monthly payment amount from $5,675.00 per month to $5,675.00 X 3; $5,744.00 X 44; and/or

- The above change(s) will result in a new "BASE AMOUNT" of $335,522.00 (total due to Trustee under Plan, if all payments timely made). AND

- Payments to the Trustee in the amount of $5,675.00 will resume on or before 05/15/2019.

**Modification of Trustee Payments to Creditors**

- Change or provide for the treatment of the following claims:

| Add/ Change | Creditor Name/Class Type | Collateral Description | Claim Amount | Value | Int Rate | Treatment |
|---|---|---|---|---|---|---|
| ADD | WATERVIEW COMMUNITY AS: Type: E(1) Secured | HOA DUES/POST PETITION | $2,470.26 | $2,470.26 | 0.00% | Pro Rata |

**Debtor Attorney Fees**

Debtor's attorney shall be allowed an additional fee for this Modification in the total amount of $400.00 of which $0.00 is to be paid direct and $400.00 is to be paid by the Trustee.

**Reason for Modification**

**Debtor's Modification of Plan after Confirmation, Page 2**
**Case # 18-30959-SGJ-13**
**LASKEY CARMEN CHATHAM**

This modification is requested for the following reason(s):
- To add post petition debt (see claim treatment listed above).

## Conditions

This modification will be approved with the following condition(s):
No Conditions

Respectfully Submitted,

By:_____
LEINART LAW FIRM
Name:_____
State Bar Number:_____

**Debtor's Modification of Plan after Confirmation, Page 3**
**Case # 18-30959-SGJ-13**
**LASKEY CARMEN CHATHAM**

### Debtor's Modification of Plan after Confirmation

Notice is hereby given that pursuant to 11 U.S.C. Section 1329, the attached Debtor's Modification of Plan After Confirmation dated 5/10/2019, will be approved by the Court without hearing, as the Debtor's Modified Chapter 13 Plan unless a party in interest files a written "Objection to Modification" WITHIN TWENTY FOUR (24) DAYS OF SERVICE (MAILING) HEREOF, provided the Modified plan is recommended by the Standing Chapter 13 Trustee and the Debtor has made any subsequent payments under the Modified Plan.

TO BE CONSIDERED, AN "OBJECTION TO MODIFICATION" MUST BE MADE IN WRITING, FILED WITH THE COURT, AND A COPY SERVED ON THE FOLLOWING PARTIES NO LATER THAN 24 DAYS AFTER SERVICE OF THIS MODIFICATION.

| | |
|---|---|
| Debtor: | LASKEY CARMEN CHATHAM, 10106 HUFFINES DR, ROWLETT, TX 75089 |
| Attorney: | LEINART LAW FIRM, 11520 N CENTRAL EXPRESSWAY, SUITE 212, DALLAS, TX 75243 |
| Court: | CLERK'S OFFICE, US BANKRUPTCY COURT, 1100 COMMERCE ST., 12TH FLOOR, DALLAS, TEXAS, 75202 |
| Trustee: | TRUSTEE'S OFFICE, 125 E. JOHN CARPENTER FREEWAY, SUITE #1100, IRVING, TEXAS 75062 |

### Notice of Court Hearing and Trustee's Pre-Hearing Conference

On **6/20/2019**, which is *at least twenty four (24) days* from the date of service hereon, a Pre-Hearing Conference with the Standing Chapter 13 Trustee, on the attached " Debtor's Modification of Plan after Confirmation" will be at 8:30 o'clock a.m. at:

105 Decker Court, Suite 120, 1st Floor, Irving, TX 75062

Any objections to the proposed Modification not resolved or defaulted at the Trustee's Pre-Hearing Conference will be heard by the Court at **2:00 PM** on **06/20/2019** at:

1100 Commerce Street, Fourteenth Floor, Dallas, Texas

YOU DO NOT HAVE TO ATTEND THE TRUSTEE'S PRE-HEARING CONFERENCE OR COURT HEARING UNLESS YOU OBJECT TO THE MODIFICATION.

### Certificate of Service

I hereby certify that a true copy of the foregoing "Notice of Hearing on Debtor's Modification of Plan After Confirmation" and "Notice of Court Hearing and Trustee's Pre-Hearing Conference" thereon with a copy of the " Debtor's Modification of Plan After Confirmation" attached has been served by me on or before 5/27/2019, on the parties listed on the attached matrix by United States First Class Mail or via electronic mail.

By:_____
LEINART LAW FIRM
Name:_____
State Bar Number:_____

```
Label Matrix for local noticing          Navarro County                            The Bank of New York Mellon F/K/A The Bank o
0539-3                                   Linebarger Goggan Blair & Sampson, LLP    14841 Dallas Parkway, Suite 425
Case 18-33221-sgj13                      C/O Sherrel K. Knighton                   Dallas, TX 75254-8067
Northern District of Texas               2777 N Stemmons Freeway
Dallas                                   Suite 1000
Fri May 10 14:38:46 CDT 2019             Dallas, TX 75207-2328

1100 Commerce Street                     AmeriCredit-GM Financial                  (p)AMERICREDIT FINANCIAL SERVICES DBA GM FINAN
Room 1254                                Attn: Bankruptcy                          PO BOX 183853
Dallas, TX 75242-1305                    PO Box 183853                             ARLINGTON TX 76096-3853
                                         Arlington, TX 76096-3853


Attorney General of Texas                Bridgecrest                               Capital One
Collections Div-Bankruptcy Sec           Attn: Bankruptcy                          Attn: Bankruptcy
PO Box 12548                             7300 E Hampton Ave, Ste 100               PO Box 30285
Austin, TX 78711-2548                    Mesa, AZ 85209-3324                       Salt Lake City, UT 84130-0285


Citibank-Best Buy                        Citibank-Sears                            (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
Attn: Bankruptcy                         Centralized Bankruptcy                    REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO Box 790441                            PO Box 790034                             PO BOX 13528
St. Louis, MO 63179-0441                 St Louis, MO 63179-0034                   AUSTIN TX 78711-3528


Credit One Bank                          ERC-Enhanced Recovery Corp                Internal Revenue Service
ATTN: Bankruptcy                         Attn: Bankruptcy                          Centralized Insolvency Operations
PO Box 98873                             8014 Bayberry Road                        PO Box 7346
Las Vegas, NV 89193-8873                 Jacksonville, FL 32256-7412               Philadelphia, PA 19101-7346


Linebarger Goggan Blair et al            Mr. Cooper                                (p)NATIONSTAR MORTGAGE LLC
2777 N. Stemmons Frwy, Ste 1000          Attn: Bankruptcy                          PO BOX 619096
Dallas, TX 75207-2328                    8950 Cypress Waters Blvd                  DALLAS TX 75261-9096
                                         Coppell, TX 75019-4620


Navarro County                           Santander Consumer USA                    Security Finance
PO. Box 1070                             Attn: Bankruptcy                          Attn: Bankruptcy
Corsicana, TX 75151-1070                 PO Box 961245                             PO Box 1893
                                         Fort Worth, TX 76161-0244                 Spartanburg, SC 29304-1893


THE BANK OF NEW YORK MELLON Trustee (See 410  TXU-Texas Energy                     Texas Alcoholic Beverage Commission
c/o Nationstar Mortgage LLC              Attn: Bankruptcy                          Licenses and Permit Division
d/b/a Mr. Cooper                         PO Box 650393                             PO Box 13127
PO Box 619096                            Dallas, TX 75265-0393                     Austin, TX 78711-3127
Dallas, Texas 75261-9096


Texas Workforce Commission               United States Attorney- North             United States Trustee
TEC Building- Bankruptcy                 3rd Floor, 1100 Commerce St               1100 Commerce Street
101 E 15th St                            Dallas, TX 75242                          Room 976
Austin, TX 78778-0001                                                              Dallas, TX 75242-0996


United States Trustee - Eastern District Uptown Storage                            Wffinance-Wells Fargo Auto Finance
Rm 9C60 1100 Commerce St                 106 W. 1st Ave.                           Attn: Bankruptcy 2nd Fl
Dallas, TX 75242-1001                    Corsicana, TX 75110-3108                  PO Box 6995
                                                                                   Phoenix, AZ 85038
```

| | | |
|---|---|---|
| Benny Harold Thomas<br>2017 GW Jackson Ave<br>Corsicana, TX 75110-5751 | Marcus B. Leinart<br>Leinart Law Firm<br>11520 N. Central Expressway<br>Suite 212<br>Dallas, TX 75243-6608 | Thomas Powers<br>105 Decker Court, Ste 1150<br>Irving, TX 75062-3137 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Americredit Financial Services, Inc.<br>DBA GM Financial<br>P.O Box 183853<br>Arlington, TX 76096 | (d)Americredit Financial Services, Inc.<br>Dba GM Financial<br>P.O Box 183853<br>Arlington, TX 76096 | Comptroller of Public Accounts<br>Revenue Accounting-Bankruptcy Div<br>PO Box 13528<br>Austin, TX 78711 |
| Nationstar Mortgage LLC<br>d/b/a Mr. Cooper<br>PO Box 619096,<br>Dallas, Texas 75261-9741 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Americredit Financial Services, Inc. d/b/a | (u)Nationstar Mortgage LLC d/b/a Mr. Cooper | (d)The Bank of New York Mellon f/k/a The Bank<br>14841 Dallas Parkway, Suite 425<br>Dallas, TX 75254-8067 |
| (u)Central Tx Tcu | (u)Covington Credit-smc | End of Label Matrix<br>Mailable recipients   32<br>Bypassed recipients    5<br>Total                   37 |