LEINART LAW FIRM
11520 N CENTRAL EXPRESSWAY
SUITE 212
DALLAS, TX 75243

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:
LASKEY CARMEN CHATHAM (SSN: XXX-XX-8394)
　　　　Debtor

Case No: 18-30959-SGJ-13

Hearing Date: 11/14/2019

### Debtor's Modification of Plan after Confirmation
Date: 9/27/2019

**To the Honorable Bankruptcy Judge:**

Pursuant to 11 U.S.C. Section 1329, the Debtor requests the following Modification of Debtor's Confirmed Plan herein:

#### Trustee's History of Case

| | | | |
|---|---|---|---|
| Date Filed: | March 16, 2018 | Total Payments Received to Date: | $82,786.00 |
| Date of 341: | April 23, 2018 | Total Payments to be Current: | $94,274.00 |
| Date Confirmed: | July 20, 2018 | Total Amount Delinquent: | $11,488.00 |
| | | To Be Current Calculated Through: | September 15, 2019 |

#### Modification of Debtor Payments to Trustee

- Change monthly payment amount from $5,744.00 per month to $3,500.00 X 2; $5,949.00 X 40; and/or

- The above change(s) will result in a new "BASE AMOUNT" of $327,746.00 (total due to Trustee under Plan, if all payments timely made). AND

- Payments to the Trustee in the amount of $3,500.00 will resume on or before 10/15/2019.

#### Modification of Trustee Payments to Creditors

• Change or provide for the treatment of the following claims:

| Add/Change | Creditor Name/Class Type | Collateral Description | Claim Amount | Value | Int Rate | Treatment |
|---|---|---|---|---|---|---|
| CHANGE TClm#28 | AUTOS FELIX DBA AUTOFELIX Type: E(2) Secured/Vehicle | 08 GMC YUKON | $7,223.63 | $15,477.99 | 5.25% | Amount Paid |

#### Debtor Attorney Fees

Debtor's attorney shall be allowed an additional fee for this Modification in the total amount of $400.00 of which $0.00 is to be paid direct and $400.00 is to be paid by the Trustee.

#### Reason for Modification

**Debtor's Modification of Plan after Confirmation, Page 2**
**Case # 18-30959-SGJ-13**
**LASKEY CARMEN CHATHAM**

This modification is requested for the following reason(s):
- To cure arrears to the Trustee.
- To change or provide for a claim (see claim treatment listed above).

## Conditions

This modification will be approved with the following condition(s):
- Wage Directive must be submitted on or before 11/14/2019.
- If payment is increasing the debtor(s) will be responsible for making the increased portion until the amended Wage Directive takes effect.

Respectfully Submitted,

By: /s/ Marcus Leinart
LEINART LAW FIRM
Name: Marcus Leinart
State Bar Number: 00794156

**Debtor's Modification of Plan after Confirmation, Page 3**
**Case # 18-30959-SGJ-13**
**LASKEY CARMEN CHATHAM**

### Debtor's Modification of Plan after Confirmation

Notice is hereby given that pursuant to 11 U.S.C. Section 1329, the attached Debtor's Modification of Plan After Confirmation dated 9/27/2019, will be approved by the Court without hearing, as the Debtor's Modified Chapter 13 Plan unless a party in interest files a written "Objection to Modification" WITHIN TWENTY FOUR (24) DAYS OF SERVICE (MAILING) HEREOF, provided the Modified plan is recommended by the Standing Chapter 13 Trustee and the Debtor has made any subsequent payments under the Modified Plan.

TO BE CONSIDERED, AN "OBJECTION TO MODIFICATION" MUST BE MADE IN WRITING, FILED WITH THE COURT, AND A COPY SERVED ON THE FOLLOWING PARTIES NO LATER THAN 24 DAYS AFTER SERVICE OF THIS MODIFICATION.

| | |
|---|---|
| Debtor: | LASKEY CARMEN CHATHAM, 10106 HUFFINES DR, ROWLETT, TX 75089 |
| Attorney: | LEINART LAW FIRM, 11520 N CENTRAL EXPRESSWAY, SUITE 212, DALLAS, TX 75243 |
| Court: | CLERK'S OFFICE, US BANKRUPTCY COURT, 1100 COMMERCE ST., 12TH FLOOR, DALLAS, TEXAS, 75202 |
| Trustee: | TRUSTEE'S OFFICE, 125 E. JOHN CARPENTER FREEWAY, SUITE #1100, IRVING, TEXAS 75062 |

### Notice of Court Hearing and Trustee's Pre-Hearing Conference

On **11/14/2019**, which is *at least twenty four (24) days* from the date of service hereon, a Pre-Hearing Conference with the Standing Chapter 13 Trustee, on the attached " Debtor's Modification of Plan after Confirmation" will be at 8:30 o'clock a.m. at:

105 Decker Court, Suite 120, 1st Floor, Irving, TX 75062

Any objections to the proposed Modification not resolved or defaulted at the Trustee's Pre-Hearing Conference will be heard by the Court at **2:00 PM** on **11/18/2019** at:

1100 Commerce Street, Fourteenth Floor, Dallas, Texas

YOU DO NOT HAVE TO ATTEND THE TRUSTEE'S PRE-HEARING CONFERENCE OR COURT HEARING UNLESS YOU OBJECT TO THE MODIFICATION.

### Certificate of Service

I hereby certify that a true copy of the foregoing "Notice of Hearing on Debtor's Modification of Plan After Confirmation" and "Notice of Court Hearing and Trustee's Pre-Hearing Conference" thereon with a copy of the " Debtor's Modification of Plan After Confirmation" attached has been served by me on or before 10/21/2019, on the parties listed on the attached matrix by United States First Class Mail or via electronic mail.

By: */s/ Marcus Leinart*
LEINART LAW FIRM
Name: Marcus Leinart
State Bar Number: 00794156

```
Label Matrix for local noticing          Dallas County                              Exeter Finance LLC, c/o AIS Portfolio Servic
0539-3                                   Linebarger Goggan Blair & Sampson, LLP     4515 N Santa Fe Ave. Dept. APS
Case 18-30959-sgj13                      c/o Sherrel K. Knighton                    Oklahoma City, OK 73118-7901
Northern District of Texas               2777 N. Stemmons Frwy
Dallas                                   Suite 1000
Fri Sep 27 11:09:10 CDT 2019             Dallas, TX 75207-2328

Garland ISD                              Rushmore Loan Management Services, LLC     U.S. Department of Education
c/o Perdue Brandon Fielder Et Al         P.O. Box 55004                             PO Box 16448
500 E. Border St. Ste. 640               Irvine, CA 92619-5004                      St. Paul, MN 55116-0448
Arlington, TX 76010-7457


WaterView Community Association, Inc.    1100 Commerce Street                       Ashley Funding Services LLC
7801 Kings Court                         Room 1254                                  Assignee of Syndicated Office Systems
Rowlett, TX 75089-7818                   Dallas, TX 75242-1305                      Greenville, SC 29603



Ashley Funding Services, LLC its successors   Ashro Lifestyle                       Ashro Lifestyle
assigns as assignee of Syndicated             PO Box 800849                         c/o Creditors Bankruptcy Service
Office Systems, Inc.                          Dallas, TX 75380-0849                 P.O. Box 800849
Resurgent Capital Services                                                          Dallas, TX 75380-0849
PO Box 10587
Greenville, SC 29603-0587

Attorney General of Texas                Autos Felix d/b/a Autofelix.com            (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
Collections Div/Bankruptcy Sec           12253 Self Plaza Drive                     REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO Box 12548                             Dallas, Texas 75218-1471                   PO BOX 13528
Austin, TX 78711-2548                                                               AUSTIN TX 78711-3528


Conn Appliances, Inc.                    Conns Credit Corp                          Dallas County Tax Assessor/Collector
c/o Becket and Lee LLP                   3295 College St.                           John R. Ames, CTA
PO Box 3002                              Beaumont, TX 77701-4611                    PO Box 139066
Malvern PA 19355-0702                                                               Dallas, TX 75313-9066


Exeter Finance Corp                      Exeter Finance LLC                         Garland ISD
PO Box 167399                            4515 N Santa Fe Ave. Dept. APS             PO Box 461407
Irving, TX 75016-7399                    Oklahoma City, OK 73118-7901               Garland, TX 75046-1407



Garland ISD                              Ginny's                                    Ginnys
c/o Eboney Cobb                          c/o Creditors Bankruptcy Service           PO Box 800849
Perdue, Brandon, Fielder, Collins & Mott P.O. Box 800849                            Dallas, TX 75380-0849
500 E. Border Street, Suite 640          Dallas, TX 75380-0849
Arlington, Texas 76010-7457

Internal Revenue Service                 LVNV Funding                               LVNV Funding, LLC its successors and assigns
Centralized Insolvency Operations        PO Box 10585                               assignee of Bluestem Brands, Inc.
PO Box 7346                              Greenville, SC 29603-0585                  Resurgent Capital Services
Philadelphia, PA 19101-7346                                                         PO Box 10587
                                                                                    Greenville, SC 29603-0587

LVNV Funding, LLC its successors and assigns   LVNV Funding, LLC its successors and assigns   Leinart Law Firm
assignee of CVF Consumer Acquisition           assignee of Homecomings Financial              11520 N. Central Expressway
Company                                        Network, Inc.                                  Suite 212
Resurgent Capital Services                     Resurgent Capital Services                     Dallas, Texas 75243-6608
PO Box 10587                                   PO Box 10587
Greenville, SC 29603-0587                      Greenville, SC 29603-0587
```

| | | |
|---|---|---|
| Linebarger Goggan Blair et al<br>2777 N. Stemmons Frwy, Ste 1000<br>Dallas, TX 75207-2328 | Midnight Velvet<br>PO Box 800849<br>Dallas, TX 75380-0849 | Midnight Velvet<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 |
| Monroe & Main<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | Monroe and Main<br>PO Box 800849<br>Dallas, TX 75380-0849 | Montgomery Ward<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 |
| Montgomery Ward<br>PO Box 800849<br>Dallas, TX 75380-0849 | Pinnacle Credit Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Pinnacle Credit Services, LLC its successors<br>assigns as assignee of Equable Ascent<br>Financial, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Reviver Financial LLC/CashNet<br>PO Box 3023<br>Hutchinson, KS 67504-3023 | Reviver Financial LLC/Rise<br>PO Box 3023<br>Hutchinson, KS 67504-3023 | Rhodes Capital LLC<br>6833 S. Dayton St. PMB<br>Englewood, CO 80112-3624 |
| Rhodes Capital, LLC<br>c/o Timothy J. Harvard<br>Whitaker Chalk Swindle & Schwartz<br>301 Commerce St., Suite 3500<br>Fort Worth, TX 76102-4135 | RhodesCapital, LLC<br>c/o Timothy J.Harvard<br>Whitaker Chalk Swindle&Schwartz PLLC<br>301 Commerce Street, Suite 3500<br>FortWorth, TX 76102-4135 | Selene Finance<br>9990 Richmond Ste. 400 South<br>Houston, TX 77042-4546 |
| Texas Alcoholic Beverage Commission<br>Licenses and Permit Division<br>PO Box 13127<br>Austin, TX 78711-3127 | Texas Workforce Commission<br>101 E 15th St, RM 370<br>Austin, TX 78778-0001 | Texas Workforce Commission<br>TEC Building- Bankruptcy<br>101 E 15th St<br>Austin, TX 78778-0001 |
| Texas Workforce Commission, Special Actions<br>Regulatory Integrity Division<br>101 E. 15th Street, Room 556<br>Austin, TX 78778-0001 | U.S. Department of Education<br>National Payment Center<br>P.O. Box 790336<br>St. Louis, MO 63179-0336 | US Department of Education<br>PO Box 16448<br>St. Paul, MN 55116-0448 |
| US Dept of Education<br>PO Box 5609<br>Greenville, TX 75403-5609 | United States Attorney- North<br>3rd Floor, 1100 Commerce St<br>Dallas, TX 75242 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 |
| United States Trustee - Eastern District<br>Rm 9C60 1100 Commerce St<br>Dallas, TX 75242-1001 | Waterview HOA<br>7801 Kings Ct.<br>Rowlett, TX 75089-7818 | Wilmington Savings Fund Society, FSB<br>Selene Finance, LP<br>9990 Richmond Ave., Suite 400 South<br>Houston, TX 77042-4546 |
| Wilmington Savings Fund Society, FSB,<br>Quintairos, Prieto, Wood & Boyer, PA<br>1700 Pacific Avenue, Suite 4545<br>Dallas, Texas 75201-4641 | Laskey Carmen Chatham Jr.<br>10106 Huffines Dr.<br>Rowlett, TX 75089-8588 | Marcus B. Leinart<br>Leinart Law Firm<br>11520 N. Central Expressway<br>Suite 212<br>Dallas, TX 75243-6608 |

Thomas Powers
105 Decker Court, STE 1150
Irving, TX 75062-3137

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Comptroller of Public Accounts
Revenue Accounting/Bankruptcy Div
PO Box 13528
Austin, TX 78711

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)AUTOS FELIX

(u)Rhodes Capital, LLC

(u)Wilmington Savings Fund Society, FSB, d/b/

(d)Dallas County
Linebarger Goggan Blair & Sampson, LLP
c/o Sherrel K. Knighton
2777 N. Stemmons Frwy
Suite 1000
Dallas, TX 75207-2328

(d)Rushmore Loan Management Services, LLC
P.O. Box 55004
Irvine, CA 92619-5004

(d)WaterView Community Association, Inc.
7801 Kings Court
Rowlett, TX 75089-7818

End of Label Matrix
Mailable recipients    60
Bypassed recipients     6
Total                  66